1  STEVEN G. KALAR
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant BLUEFORD

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

   UNITED STATES OF AMERICA,              )
9                                         )   No. CR 12-0437 SI
                    Plaintiff,            )
10                                        )   **STIPULATION AND [PROPOSED]**
    vs.                                   )   **ORDER CONTINUING**
11                                        )   **SENTENCING**
    ANDREW BLUEFORD,                      )
12                                        )   Date:      January 11, 2013
                    Defendant.            )   Time:      11:00 a.m.
13                                        )   Court:     The Honorable Susan
                                          )              Illston
14  _____)

15

16                        **STIPULATION**

17       The parties agree to continue the sentencing in the above-captioned matter from January 11,

18  2013 until February 1, 2013 at 11:00 a.m.   The purpose of the continuance is to enable defense

19  counsel to obtain records that are now under subpoena from GEOCARE, the facility at which the

20  defendant was treated for the last year of his parole prior to release.  Per the Court's subpoena,

21  GEOCARE records related to Mr. Blueford were ordered to be returned to the Court by December

22  20, 2012.  To date, GEOCARE has not complied with the subpoena to defense counsel's knowledge,

23  as she has not received information from Court staff that documents were delivered, and recent

24  efforts to contact GEOCARE by counsel's investigator have gone unanswered.

25       In defense counsel's estimation, these records are necessary and important to this Court's

26  determination regarding sentencing.  It is counsel's understanding that Mr. Blueford was performing

    successfully on parole while residing at GEOCARE and participating in programming there, and

1    counsel is attempting to use the records to determine what factors assisted Mr. Blueford succeed on

2    supervision for a lengthy period of time.   Both the government and the Probation Officer assigned to

3    the case are aware of the nature of the records requested by defense counsel and are in agreement as

4    to the continuance.

5          This is the second request made by any party for a sentencing continuance.  The other

6    continuance was also allowed by this Court for the purpose of obtaining records related to Mr.

7    Blueford's parole supervision and other factors.  Some records have come in, while some records, in

8    addition to the GEOCARE records, remain outstanding.

9          Assistant United States Attorney Stephen Meyer has no objection to continuing the sentencing

10   to February 1, 2012, as evidenced by his signature at the conclusion of this stipulation.  Moreover,

11   United States Probation Officer Trevor Lillian has been contacted by defense counsel, and has no

12   objection to continuing the sentencing to February 1, 2012 at 11:00 a.m.

13

14   IT IS SO STIPULATED

15

16   DATED:     1/4/13                              _____/S/_____
                                                     ELIZABETH M. FALK
17                                                   Assistant Federal Public Defender

18
     DATED:     1/4/13                              _____/S/_____
19                                                   STEPHEN MEYER
                                                     Assistant United States Attorney
20

21   \\

22   \\

23   \\

24   \\

25   \\

26   \\

1

[PROPOSED] ORDER

2      Based upon the aforementioned representations of the parties, it is hereby ORDERED that the

3   sentencing in this matter be continued to February 1, 2013 at 11:00 a.m.

4

5   DATED: 1/8/13 _____          _____

6                                          THE HONORABLE SUSAN ILLSTON
                                           UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26