1  STEVEN G. KALAR
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant BLUEFORD

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )
9                                   )  No. CR 12-0437 SI
                Plaintiff,           )
10                                  )  STIPULATION AND [PROPOSED]
   vs.                               )  ORDER CONTINUING
11                                  )  SENTENCING
   ANDREW BLUEFORD,                  )
12                                  )  Date:   February 1, 2013
                Defendant.           )  Time:   11:00 a.m.
13                                  )  Court:  The Honorable Susan
                                     )          Illston
14 _____)

15

16                            **STIPULATION**

17     The parties agree to continue the sentencing in the above-captioned matter from February 1,

18 2013 until February 8, 2013 at 11:00 a.m.  The purpose of the continuance is due to the

19 unavailability of defense counsel on February 1, 2013 for work-related travel that is of an urgent

20 nature.  Defense counsel hereby attests that a client in another case is insisting on filing immediate

21 motions and demanding a speedy trial in a case in which a 30 year mandatory minimum sentence is

22 at issue for alleged possession of a silencer during a drug trafficking offense.  The 10 year plea offer

23 in that case will explode if any motions are filed, requiring defense counsel to investigate the

24 viability of all potential motions and consult with her client as soon as possible. The case at issue

25 arose in Eureka and the investigation will require a five hour drive each way for defense counsel.

26 Given all these parameters, the only window of time defense counsel has to engage in such

   immediate investigation is January 30-February 1, 2012.

The earlier continuances of sentencing were allowed by this Court for the purpose of obtaining records related to Mr. Blueford's parole supervision and other sentencing factors. All records are now in the possession of defense counsel and she will be prepared to proceed to sentencing on February 8, 2013. Documents related to Mr. Blueford will be provided to the Court through defense counsel's Sentencing Memorandum.

Assistant United States Attorney Stephen Meyer has no objection to continuing the sentencing to February 8, 2013, as evidenced by his signature at the conclusion of this stipulation. Moreover, United States Probation Officer Trevor Lillian has been contacted by defense counsel, and has no objection to continuing the sentencing to February 8, 2013 at 11:00 a.m.

IT IS SO STIPULATED

DATED:   1/23/13              _____/S/_____
                              ELIZABETH M. FALK
                              Assistant Federal Public Defender

DATED:   1/23/13              _____/S/_____
                              STEPHEN MEYER
                              Assistant United States Attorney

[PROPOSED] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the sentencing in this matter be continued to February 8, 2013 at 11:00 a.m.

DATED: ___1/24/13_____  _____
                              THE HONORABLE SUSAN ILLSTON
                              UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING
SENTENCING - 12-00437 SI            - 2 -